# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| DANA CHRASTECKY AND MICHAEL CHRASTECKY, <br> *Plaintiffs* <br><br> v. <br><br> C. R. BARD INCORPORATED <br> *Defendant* | Case No. 1:19-CV-1240-LY-SH |

# ORDER

On January 22, 2020, the District Court referred the above-styled case the undersigned Magistrate Judge for Resolution of non-dispositive motions and Report and Recommendation for dispositive motions pursuant to 28 U.S.C. § 636(b), Federal Rule of Civil Procedure 72, and Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

The parties, or counsel acting on their behalf, are **ORDERED** to appear before the Court for a telephonic Status Conference on **Friday, January 31, 2019 at 2:00 p.m.** The parties will receive instructions for the call from the undersigned's courtroom deputy, Mr. James Ferrell.

The parties should be prepared to discuss the current status of the case, and specifically whether the pending motions (Dkt. Nos. 69, 75, 77, 79, & 81) in the transferred case have been resolved or remain ripe for disposition.

**SIGNED** on January 30, 2020.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE